FRANKLIN H. SMITH, Respondent, *v.* JOSEPH HIRSCH et al., Appellants.

*Smith* v. *Hirsch*, 103 App. Div. 609, affirmed.
(Argued November 15, 1906; decided December 4, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 14, 1905, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court and an order denying a motion for a new trial in an action to recover rent alleged to be due for the use and occupation of certain premises.

*Nathan Ottinger* for appellants.

*Joseph M. Williams* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.